DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALEX FLORES,**
Appellant,

v.

**JP MORGAN CHASE BANK N.A.,**
Appellee.

No. 4D2025-2954

[June 18, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel Joseph Kanner, Judge; L.T. Case No. 062025CC025809AXXXCE.

Alex Flores, Plantation, pro se.

Carlos Cruanes of Andreu, Palma, Lavin & Solis, PLLC, Miami, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***